IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLARENCE BROWN, TIM GREENLEE, ) <br> DEBORAH HOBBS, DESIR MARTIAL, ) <br> MADISON MOON, DYLAN PALMER, ) <br> CRAIG PERRY, JAMIKA RANDLE, ) <br> SAMMIE SPENCER, CHARLES STACKER, ) <br> BRENDA TAYLOR-TURNER, DAVID TAYLOR, ) <br> NATASHA TURNER-RANDLE, and ) <br> SHARON PRESTON, ) <br> on BEHALF OF THEMSELVES and all ) <br> SIMILARLY SITUATED AFRICAN-AMERICAN ) <br> CURRENT AND FORMER EMPLOYEES OF ) <br> REXAM BEVERAGE CAN AMERICAS INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> REXAM PLC, d/b/a ) <br> REXAM BEVERAGE CAN AMERICAS INC., ) <br> a registered Delaware corporation and as ) <br> REXAM BEVERAGE CAN COMPANY, ) <br> a registered Illinois corporation, ) <br> ) <br> Defendant. ) | Case No. 14 cv 03800 <br> Judge Norgle <br> Magistrate Judge Valdez <br> <u>Jury Trial Requested</u> |

**<u>AGREED ORDER TO DISMISS NAMED DEFENDANT WITHOUT PREJUDICE AND SUBSTITUTE "REXAM BEVERAGE CAN COMPANY A SUBSIDIARY OF REXAM BEVERAGE CAN AMERICAS, INC." AS THE NAMED DEFENDANT</u>**

IT IS HEREBY ORDERED AND AGREED BETWEEN THE PARTIES HERETO THAT; the following named defendant, REXAM PLC, d/b/a REXAM BEVERAGE CAN AMERICAS INC., a registered Delaware corporation and as REXAM BEVERAGE CAN COMPANY, a registered Illinois corporation, is hereby dismissed WITHOUT prejudice; and the following named defendant, "REXAM BEVERAGE CAN COMPANY, a subsidiary of REXAM BEVERAGE CAN AMERICAS, INC., a Delaware corporation, is hereby substituted as the named defendant in this case. Neither party will be responsible for attorneys' fees and/or costs associated with this substitution.

The caption of this case will be modified to reflect the name change upon the entry of this order.

Dated 8-14-14

JUDGE CHARLES R. NORGLE
U. S. District Court

| CLARENCE BROWN, et al. COMPANY | REXAM BEVERAGE CAN |
|---|---|
| By: /s/ *Carol Coplan Babbitt*<br>   Carol Coplan Babbitt<br>   The Law Office of Carol Coplan Babbitt<br>   35 E. Wacker Dr., Suite 650<br>   Chicago, Illinois 60601 | By: /s/*Tracy M. Billows*<br>   Tracy M. Billows<br>   Ashley Kircher Laken<br>   David J. Rowland<br>   Seyfarth Shaw, LLP<br>   131 S. Dearborn Street, Ste. 2400<br>   Chicago IL 60603 |